IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Maria Remedios Garcia Alvarez** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action |
| v. ) | File No. 1:17-cv-1818-CAP |
| ) | |
| **Tienda y Carniceria La Unica, Inc.** ) | |
| **and Diverse Staffing Georgia, Inc.** ) | |
| **Defendants.** ) | |

## ORDER

The Parties have jointly moved the Court to approve their Settlement Agreement with respect to the FLSA claims released thereunder. The Court agrees with the Parties and their respective counsel in their conclusion that the settlement is fair and reasonable.

WHEREFORE, upon consideration of Plaintiff and Defendants' joint motion and for good cause shown, it is hereby ORDERED AND DECLARED that the Settlement Agreement between the Parties has been approved by this Court as to the FLSA claims.

IT IS SO ORDERED, this 5th day of DECEMBER, 2017.

/s/CHARLES A. PANNELL, JR.
_____
CHARLES A. PANNELL., JR
SENIOR DISTRICT COURT JUDGE
UNITED STATES DISTRICT COURT